MATILDA PFLUGER, Respondent, v. INTERBOROUGH RAPID
TRANSIT COMPANY, Appellant.

*Pfluger* v. *Interborough R. Tr. Co.*, 170 App. Div. 915, affirmed.
(Argued December 20, 1917; decided January 8, 1918.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered July 30, 1915, reversing a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court at a Trial Term and granting a new trial in
an action to recover for personal injuries alleged to have
been sustained by plaintiff through defendant's negli-
gence in caus ng or suffering plaintiff, when boarding
one of defendant s subway trains, at the Fourteenth street
station, in the city of New York, on the 11th of October,
1912, to step into the open space or cavity between the
side door of the south-bound express car, at which she
was entering, and the concave curve of the station plat-
form at that point, and fall down and hurt herself. The
answer was a general denial and plea of contributory
negligence.

*B. H. Ames, Frederick Allis* and *James L. Quackenbush*
for appellant.

*David C. Hirsch* and *Saul Levine* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

. Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO,
POUND and ANDREWS, JJ. Not voting: CRANE, J.